# EXHIBIT A

522221 000563 17242643.1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**ROBERT EDWARD GLASSCOCK,
CHARLES W. GLASSCOCK, JR., and
DOROTHY ANN GLASSCOCK
DUPREE,**

**PLAINTIFFS,**

**V.**                                                  **CIVIL ACTION NO.  5:16-CV-659**

**CHESAPEAKE OPERATING, L.L.C.,**

**DEFENDANT.**

## INDEX OF DOCUMENTS FILED WITH DEFENDANT'S NOTICE OF REMOVAL

In accordance with 28 U.S.C. § 1446(a), Defendant Chesapeake Operating, L.L.C. submits this Index of Documents Filed with Defendant's Notice of Removal, identifying the following documents being filed with its Notice of Removal:

**Exhibit A:** Index of documents filed with Defendant's Notice of Removal and copies of each document served upon Defendant in Case No. 149805; *Robert Edward Glasscock, Charles W. Glasscock, Jr., and Dorothy Ann Glasscock Dupree v. Chesapeake Operating, L.L.C.*; in the Twenty-Sixth Judicial District Court of Bossier Parish, Louisiana:

    **Exhibit A-1:** Petition for Payment of Unpaid Royalties and Penalties, filed in the record of the Twenty-Sixth Judicial District Court, Parish of Bossier, State of Louisiana, on or about April 14, 2016;

    **Exhibit A-2:** Issuance of Citation for Chesapeake Operating, L.L.C. (issued April 19, 2016); and

    **Exhibit A-3:** Service of Process Transmittal Sheet (issued April 27, 2016).

    **Exhibit A-4:** A copy of the suit ledger in the State Court Action.

Respectfully submitted,

THOMPSON & KNIGHT LLP

By: */s/ Jane Politz Brandt*
Jane Politz Brandt
Louisiana Bar No. 17479
Texas Bar No. 02882090
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 969-1700
Facsimile: (214) 969-1751
Jane.Brandt@tklaw.com

**ATTORNEYS FOR DEFENDANT**

**Of Counsel:**

Greg Curry
State Bar No. 05270300
Greg.curry@tklaw.com

Craig A. Haynes
State Bar No. 09284020
Craig.haynes@tklaw.com

Rachelle H. Glazer
State Bar No. 09785900
Rachelle.glazer@tklaw.com

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 969-1700
Facsimile: (214) 969-1751

Jennifer P. Henry
State Bar No. 15859500
Jennifer.henry@tklaw.com

THOMPSON & KNIGHT LLP
801 Cherry Street, Suite 1600
Fort Worth, TX 76102
(817) 347-1733
Facsimile: (214) 999-1616

Index of Documents Filed With Defendant's Notice of Removal—Page 2
522221 000563 17242643.1

# EXHIBIT A-1

522221 000563 17242643.1

BOSSIER PARISH, LA

2016 APR 14   AM 11 46

ROBERT EDWARD GLASSCOCK,          26TH JUDICIAL DISTRICT COURT
CHARLES W. GLASSCOCK, JR. and
DOROTHY ANN GLASSCOCK DUPREE

VERSUS                                    DOCKET NO. ___149805___

CHESAPEAKE OPERATING, L.L.C.      BOSSIER PARISH, LOUISIANA

DIV. A. - CRAIG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR PAYMENT OF UNPAID ROYALTIES AND PENALTIES

NOW INTO COURT, through undersigned counsel, comes **ROBERT EDWARD
GLASSCOCK**, a resident of the State of Texas, **CHARLES W. GLASSCOCK, JR. and
DOROTHY ANN GLASSCOCK DUPREE** (hereinafter called "GLASSCOCKS"), both residents
of the State of Louisiana, who appear herein to make the following allegations:

1.

Made Defendant herein is **CHESAPEAKE OPERATING, L.L.C.** (hereinafter called
"CHESAPEAKE"), a foreign corporation, authorized to do and doing business within the
State of Louisiana.

2.

CHESAPEAKE is producing hydrocarbons from those certain oil and gas wells
known as the P. Hank's Powers 28H-1 and the P. Hank's Powers 28H-4 ALT wells and also
for the KCS' Prince 29H-1 well located in the Elm Grove Field of Bossier Parish, Louisiana.

3.

The GLASSCOCKS are Lessors of CHESAPEAKE through three (3) oil, gas and
mineral leases recorded in conveyance records of Bossier Parish as Memorandum of
Lease(s), dated effective May 1, 2008 as to leases in Section 28, Township 16 North, Range
11 West and effective November 21, 2008 and January 3, 2009, respectively, as to lands
located in Section 29, Township 16 North, Range 11 West, Bossier Parish, Louisiana. Such
leases provide for royalties to the Lessors of twenty-five (25%) percent, which royalty shall
increase at payout to twenty-seven and one/half (27.5%) percent.

PAPERS ISSUED 4/19 20 16

DEPUTY CLERK

FILED

APR 14 2016

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA
Mailed 19C to HH

149805

**4.**

Such wells are located in Section 28 of Township 16 North, Range 11 West; and Section 29 of Township 16 North, Range 11 West, Bossier Parish, Louisiana

**5.**

Demand was made on Chesapeake Operating, Inc. pursuant to La. R.S. 31:137 et seq. for payment of royalties for the period from May 1, 2015 until the present and continuing (a copy of said demand letters are attached hereto and made a part hereof as Exhibit "A").

**6.**

Despite amicable demand sent by certified mail (a copy of said return receipts are attached hereto and made a part hereof as Exhibit "B"), CHESAPEAKE has failed to respond in any way whatsoever concerning its non-payment of royalties for the aforesaid wells as required by La. R.S. 31:138.

**7.**

CHESAPEAKE has continued to refuse to pay royalties on the aforesaid wells and has, further, given no explanation whatsoever concerning its failure to pay royalties on the aforesaid wells.

**8.**

Since CHESAPEAKE has failed to pay royalites due and failed to inform the Lessors of a reasonable cause for failure to pay in response to notice, this court should award as damages double the amount due, interest and attorney's fees as called for under La. R.S. 31:140 and also dissolve the aforesaid oil and gas leases.

**9.**

This court has both jurisdiction and venue since production from these wells is in Bossier Parish, Louisiana.

149805

WHEREFORE, Plaintiffs, the GLASSCOCKS, pray that after due proceedings be had that there be judgment against CHESAPEAKE both for the payment of royalties due, plus penalties in the amount of twice the amount due, plus legal interest from date of demand on December 30, 2015, as supplemented on January 5, 2016.  Plaintiffs also pray for attorney's fees and an accounting and for all costs of these proceedings; and for all general and equitable relief provided by the law and evidence to be provided in this matter.

Respectfully Submitted,

DANIEL C. HUGHES (Bar No. 7075)
A Professional Law Corporation
126 Heymann Boulevard
Lafayette, Louisiana 70503
Telephone: (337) 237-6566

Attorney for Plaintiffs,
ROBERT EDWARD GLASSCOCK, CHARLES
W. GLASSCOCK, JR. and DOROTHY ANN
GLASSCOCK DUPREE

PLEASE SERVE:

CHESAPEAKE OPERATING, L.L.C.
Through its agent for service:

C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LOUISIANA 70816

# DANIEL C. HUGHES, APLC

149805

A Professional Law Corporation
**ATTORNEY & COUNSELOR AT LAW**

| 126  Heymann Boulevard | Post Office Box 51595 |
|---|---|
| Lafayette, Louisiana 70503 | Lafayette, LA 70505 |
| (337) 237-6566 | Fax (337) 235-6355 |
| Licensed in Louisiana & Mississippi | |
| E-MAIL ADDRESS: Dan@hughesaplc.com | |

December 30, 2015



SENT REGULAR MAIL
ALSO SENT CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7015 1730 0001 3665 1000

Chesapeake Operating, Inc.
Attn.: Royalty Payment Section
P.O. Box 18496
Oklahoma City, Oklahoma 73154

Re:    Elm Grove Field
       Bossier Parish, Louisiana

       Robert Edward Glasscock
       Charles W. Glasscock, Jr.
       Dorothy Ann Glasscock Dupree

Gentlemen:

       This letter will constitute demand pursuant to the provisions of Louisiana Revised Statutes 30:137 et seq. for the payment of royalties to your Lessors, Robert Edward Glasscock, et al, arising out Oil, Gas and Mineral Leases dated November 21, 2005, granted to you for production from the following: the Benbow 4-15-11 H-1 Well, Section 4, T15N, R11W; the Glascock 33-16-11 H-1 in Section 33, T16N, R1W; and the P. Hank's Powers 28H-4 alt in Section 28, T16N, R11W.

       I have been informed that production of these wells has continued after May 1, 2015 but that you have failed to pay any of the royalties due Robert Edward Glasscock, Charles W. Glasscock, Jr. and Dorothy Ann Glasscock Dupree. However, you were paying such royalties prior to May 1, 2015 but discontinued such payments without explanation.

       You are hereby placed upon demand to pay the royalties due plus legal interest due in the amount of 4% for this calendar year, 2015 and for any and all legal interest that may be due for the year 2016.

EXHIBIT

" A "

149805

Chesapeake Operating, Inc.
December 30, 2015
Page 2

     In the event that payment is not made, including interest, within thirty (30) days of your receipt of this letter, then in said event, my clients have authorized me to immediately file suit against you seeking both the amount of royalties due, legal interest, attorney's fees, court costs plus twice the amount of royalties due as penalty as called for by Louisiana Revised Statutes 31:140. Additionally, in the event that proper payment is not made or a good reason stated why payment has not been made to date as called for under the aforesaid statutes, then in said event, your Lessors, Robert Edward Glasscock, et al, will seek dissolution of the Lease.

     You can avoid the consequences of the failure to pay by simply remitting royalties due to your royalty owners, Robert Edward Glasscock, Charles W. Glasscock, Jr. and Dorothy Ann Glasscock Dupree, through this office (including interest) within thirty (30) days of your receipt of this demand.

     Should you have any questions concerning this matter or wish to discuss it in any way, please do not hesitate to contact the undersigned.

                 Sincerely,

                 DANIEL C. HUGHES

DCH/mkr
cc:   *Robert Edward Glasscock*

# DANIEL C. HUGHES, APLC

149805

A Professional Law Corporation
ATTORNEY & COUNSELOR AT LAW

126 Heymann Boulevard        Post Office Box 51595
Lafayette, Louisiana 70503        Lafayette, LA 70505
(337) 237-6566                        Fax (337) 235-6355
Licensed in Louisiana & Mississippi
E-MAIL ADDRESS: Dan@hughesaplc.com

January 5, 2016

SENT REGULAR MAIL
ALSO SENT CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7015 1730 0001 3665 1024

Chesapeake Operating, Inc.
Attn.: Royalty Payment Section
P.O. Box 18496
Oklahoma City, Oklahoma 73154

Re:   Elm Grove Field
        Bossier Parish, Louisiana

        Robert Edward Glasscock
        Charles W. Glasscock, Jr.
        Dorothy Ann Glasscock Dupree

Gentlemen:

This letter supplements my letter of December 30, 2015 and amends and clarifies my demand.

I erroneously referred to the Benbow and the Glasscock Wells as part of our demand for royalties. Chesapeake has been paying royalties on the Benbow and Glasscock Wells. However, Chesapeake had been paying royalties up through April, 2015 for the P. Hank's Powers 28 1 and the P. Hank's Powers 28H 4-ALT Wells and the KCS' Prince 29H 1 Wells in the Elm Grove Field, Bossier Parish, Louisiana. However, while those wells continue to produce, Chesapeake has failed to pay any royalties after April 30, 2015.

My demand, as stated in my letter of December 30, 2015, is amended to include the P. Hank's Powers 28 1 and the P. Hank's Powers 28H 4-ALT Wells and the KCS' Prince 29H 1 Wells for production.

149805

Chesapeake Operating, Inc.
January 5, 2016
Page 2


In the event that the lease was partially assigned or production is assigned, please provide the name, address and telephone number of the party responsible for payment of royalties on these continuously producing wells. You are further advised that you, as Lessee of the Lease, remain responsible for the payment of all royalties due under the Lease.

Should you have any questions concerning this matter or wish to discuss it in any way, please do not hesitate to contact the undersigned.


Sincerely,


DANIEL C. HUGHES


DCH/mkr
cc:    Robert Edward Glasscock

149805



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chesapeake Operating, Inc
Attn: Royalty Payment Dept.
P.O. Box 18496
Oklahoma City, OK  73154

9590 9401 0098 5168 9169 38

2. Article Number (Transfer from service label)
7015 1730 0001 3665 1000

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   RECEIVED          ☐ Agent
                      ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
JAN 04 2016
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No
MAILROOM

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OKLAHOMA CITY  73154  OFFICIAL USE

Certified Mail Fee     $3.45
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $____
☐ Return Receipt (electronic)  $____
☐ Certified Mail Restricted Delivery  $____
☐ Adult Signature Required     $____
☐ Adult Signature Restricted Delivery  $____
Postage  $0.49
Total Postage and Fees  $6.74
Sent To Chesapeake Operating, Inc
Street and Apt. No. P.O. Box 18496
City, State, ZIP+4 Oklahoma City, OK  73154

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OKLAHOMA CITY  73154  OFFICIAL USE  OIL CENTER STATION

Certified Mail Fee     $3.45
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $____
☐ Return Receipt (electronic)  $____
☐ Certified Mail Restricted Delivery  $____
☐ Adult Signature Required     $____
☐ Adult Signature Restricted Delivery  $____
Postage  $0.49
Total Postage and Fees  $6.74
Sent To Chesapeake
Street and Apt. No. P.O. Box 18496
City, State, ZIP+4 Oklahoma City, OK  73154

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chesapeake Operating, Inc
Attn: Royalty Payment Section
P.O. Box 18496
Oklahoma, OK  73154

9590 9401 0098 5168 9169 52

2. Article Number (Transfer from service label)
7015 1730 0001 3665 3024

PS Form 3811, April 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   RECEIVED          ☐ Agent
                      ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
JAN 12 2016
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

APR 14 2016
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

EXHIBIT
"B"

# DANIEL C. HUGHES, APLC

A Professional Law Corporation
ATTORNEY & COUNSELOR AT LAW

126 Heymann Boulevard    Post Office Box 51595
Lafayette, Louisiana 70503    Lafayette, LA 70505
(337) 237-6556    Fax (337) 235-6355
Licensed in Louisiana & Mississippi
E-MAIL ADDRESS: Dan@hughesaplc.com

April 12, 2016

Clerk of Court                                          **1 4 9 8 0 5**
26th Judicial District Court
Parish of Bossier
204 Bart Blvd., Third Floor                        **DIV. A. - CRAIG**
Post Office Box 430
Benton, Louisiana 71006

Re:    Robert Edward Glasscock, et al
       vs. Chesapeake Operating, L.L.C.
       26th Judicial District Court
       Bossier Parish, Louisiana
       (Our File No.: 2016-15)

Dear Clerk:

Enclosed please find original and two (2) copies of Petition for Payment of Unpaid Royalties and Penalties concerning the above referenced matter. Please file into the appropriate records, serve the defendant and return one (1) copy to me in the self-addressed stamped envelope provided herewith. I have included my check in the amount of $300.00 to cover filing and service costs.

Should you have any questions or comments concerning this matter, please do not hesitate to contact me. Thanking you for your professional courtesies, I am

Sincerely,

DANIEL C. HUGHES

DCH/hkr
Enclosures
cc:    *Robert Edward Glasscock*

FILED

APR 14 2016

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

# EXHIBIT A-2

D3510476    A TRUE COPY

# CITATION

| ROBERT EDWARD GLASSCOCK ET AL | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CHESAPEAKE OPERATING LLC | STATE OF LOUISIANA |
| DOCKET NUMBER: C-149805 | |

TO:   CHESAPEAKE OPERATING LLC
      THROUGH ITS AGENT OF SERVICE: CT CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE,  LA 70816

in the Parish of E BATON ROUGE.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton,  Louisiana, or retain an attorney of your choice to act in your behalf.  If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:

**\*\*PETITION FOR PAYMENT OF UNPAID ROYALTIES AND PENALTIES\*\***

Witness the Honorable Judges of our said Court on this the 19TH DAY OF APRIL, 2016

CYNTHIA J. JOHNSTON, CLERK OF COURT

## JOY GIBSON

Deputy Clerk
Bossier Parish, Louisiana

Attorney:
DANIEL HUGHES
337-237-6566

A TRUE COPY ATTEST

DEPUTY CLERK

# EXHIBIT A-3

522221 000563 17242643.1

 CT Corporation

**Service of Process Transmittal**
04/27/2016
CT Log Number 529067180

TO:     Sandra Fraley
        Chesapeake Energy Corporation
        6100 N Western Ave
        Oklahoma City, OK 73118-1044

RE:     **Process Served in Louisiana**

FOR:    Chesapeake Operating, L.L.C.  (Domestic State: OK)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Robert Edward Glasscock, et al., Pltfs. vs. Chesapeake Operating, L.L.C., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Exhibit(s) |
| **COURT/AGENCY:** | BOSSIER; 26TH JUDICIAL DISTRICT COURT, LA<br>Case # 149805 |
| **NATURE OF ACTION:** | failed to pay royalties and failed to inform the lessors of a resonable |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/27/2016 at 08:50 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Dniel C. Hughes<br>A Professional Law Corporation<br>126 Heymann Boulevard<br>Lafayette, LA 70503<br>337-237-6566 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex Priority Overnight , 782927754948<br><br>Image SOP<br><br>Email Notification,  Chesapeake Service Of Process  service.ofprocess@chk.com<br><br>Email Notification,  Sandra Fraley  sandra.fraley@chk.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378<br>612-333-4315 |

Page 1 of  1 / MZ

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

# EXHIBIT A-4

522221 000563 17242643.1

Print Date: 5/12/2016
Print Time: 9:07 AM

Page 1

# Bossier Parish
## Suit Ledger: C-149805
### Through 05/12/2016

Suit Number: C-149805
ROBERT EDWARD GLASSCOCK ET AL
VS
CHESAPEAKE OPERATING LLC

Date Filed: 04/14/2016
Cause: UNPAID DUES
Division: A

**Attorneys**
DANIEL C. HUGHES, APLC

**Parties**
GLASSCOCK, ROBERT EDWARD
GLASSCOCK, CHARLES W, JR
GLASSCOCK DUPREE, DOROTHY ANN
GLASSCOCK, DOROTHY ANN
DUPREE, DOROTHY ANN
CHESAPEAKE OPERATING LLC

| Date | Code | Description | Payee Name / Deposit Details | Attorney Name | Party Name | Balance Type | Deposit | Charge |
|---|---|---|---|---|---|---|---|---|
| 04/14/2016 | 1 | ADVANCE DEPOSIT | CHECK #2191 by DANIEL C. HUGHES, API | DANIEL C. HUGHES, API | GLASSCOCK, ROBERT EDW | Advance | $300.00 | |
| 04/14/2016 | 12 | PETITION FOR PAYMENT OF UNPAID ROYALTIES & PENALTIES [6 Pg, 2 CC] | CYNTHIA J. JOHNSTON, CLERK OF COUF | DANIEL C. HUGHES, APLC | GLASSCOCK, ROBERT EDW | Advance | | $330.00 |
| 04/14/2016 | 42 | JUDGE'S FEE (ACT 63-1985) | LOUISIANA STATE TREASURER | DANIEL C. HUGHES, APLC | GLASSCOCK, ROBERT EDW | Advance | | $24.00 |
| 04/14/2016 | 53 | JUDICIAL EXPENSE-RS 13:966.16 | JUDICIAL EXPENSE FUND | DANIEL C. HUGHES, APLC | GLASSCOCK, ROBERT EDW | Advance | | $500.00 |
| 04/14/2016 | 124 | NW LA SVC FEE | NW LOUISIANA LEGAL SERVICE | DANIEL C. HUGHES, APLC | GLASSCOCK, ROBERT EDW | Advance | | $3.00 |
| 04/14/2016 | 203 | INITIALIZATION FEE (RS 13:841) | CYNTHIA J. JOHNSTON, CLERK OF COUF | DANIEL C. HUGHES, APLC | GLASSCOCK, ROBERT EDW | Advance | | $200.00 |
| 04/14/2016 | 204 | INDEXING FEE (R.S. 13:841) [6 Qty] | CYNTHIA J. JOHNSTON, CLERK OF COUF | DANIEL C. HUGHES, APLC | GLASSCOCK, ROBERT EDW | Advance | | $12.00 |
| 04/14/2016 | 13 | CITATION [1 Qty] | CYNTHIA J. JOHNSTON, CLERK OF COUF | DANIEL C. HUGHES, APLC | GLASSCOCK, ROBERT EDW | Advance | | $20.00 |
| 04/19/2016 | 9 | SHERIFF/E. BATON ROUGE | HONORABLE SID J GAUTREAUX | DANIEL C. HUGHES, APLC | GLASSCOCK, ROBERT EDW | Advance | | $30.00 |
| 05/02/2016 | 9 | SHERIFF/E. BATON ROUGE CHESAPEAKE OPERATING LLC | HONORABLE SID J GAUTREAUX | DANIEL C. HUGHES, APLC | GLASSCOCK, ROBERT EDW | Advance | | $0.00 |

**Bossier Parish**
**Suit Ledger: C-149805**
**Through 05/12/2016**

**Attorney Totals**

**DANIEL C. HUGHES, APLC**

| | |
|---|---|
| Advance Net Deposits | $300.00 |
| Clerk Fees | $0.00 |
| Local Sheriff Fees | $0.00 |
| Other Sheriff Fees | $30.00 |
| Judges Supplemental Fund | $0.00 |
| Advance Charges | $150.00 |
| Total Advance Balance | $150.00 |
| Witness Net Deposits | $0.00 |
| Witness Charges | $0.00 |
| Bond Net Deposits | $0.00 |
| Bond Charges | $0.00 |
| Pauper Charges | $0.00 |
| Total Witness Balance | $0.00 |
| Total Bond Balance | $0.00 |
| Total Suit + Direct Costs | $150.00 |
| Judicial Expense Fund | $5.00 |
| Court Reporter Fees | $0.00 |
| Curator Fees | $0.00 |

**Grand Totals**

| | |
|---|---|
| Advance Net Deposits | $300.00 |
| Clerk Fees | $0.00 |
| Local Sheriff Fees | $0.00 |
| Other Sheriff Fees | $30.00 |
| Judges Supplemental Fund | $0.00 |
| Advance Charges | $150.00 |
| Total Advance Balance | $150.00 |
| Witness Net Deposits | $0.00 |
| Witness Charges | $0.00 |
| Bond Net Deposits | $0.00 |
| Bond Charges | $0.00 |

Print Date: 5/12/2016
Print Time: 9:07 AM

**Bossier Parish**
**Suit Ledger: C-149805**
**Through 05/12/2016**

| | |
|---|---|
| Pauper Charges | $0.00 |
| Total Witness Balance | $0.00 |
| Total Bond Balance | $0.00 |
| Total Suit + Direct Costs | $150.00 |
| Judicial Expense Fund | $5.00 |
| Court Reporter Fees | $0.00 |
| Curator Fees | $0.00 |